UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CYNTHIA M. MAURO, | CIVIL ACTION NO. |
|    Plaintiff : | 3:16-cv-362-VAB |
| : | |
| v. : | |
| : | |
| THE BARBERINO BROTHERS, INC. d/b/a : | |
| BARBERINO NISSAN and NUTMEG : | |
| STATE FINANCIAL CREDIT UNION, : | |
|    Defendants : | MAY 11, 2016 |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), the plaintiff, Cynthia M. Mauro, through her attorney, and the defendant, The Barberino Brothers, Inc. d/b/a Barberino Nissan, through its attorney, hereby stipulate that Plaintiff's claims shall be dismissed without costs or attorney's fees.

PLAINTIFF, CYNTHIA M. MAURO

By: /s/ *Daniel S. Blinn*
    Daniel S. Blinn (ct02188)
    dblinn@consumerlawgroup.com
    Consumer Law Group, LLC
    35 Cold Spring Rd. Suite 512
    Rocky Hill, CT  06067
    Tel. (860) 571-0408; Fax (860) 571-7457

DEFENDANT, THE BARBERINO BROTHERS,
INC. d/b/a BARBERINO NISSAN,

By: /s/ *Nicole C. Chomiak*
    Nicole C. Chomiak (ct18547)
    nchomiak@nuzzo-roberts.com
    Nuzzo & Roberts, LLC
    One Town Center
    P.O. Box 747
    Cheshire, CT 06410
    Tel:  (203) 250-2000; Fax: (203) 250-3131

## CERTIFICATION

     I hereby certify that on this 11th day of May, 2016, a copy of foregoing Stipulation of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                          /s/ *Daniel S. Blinn*
                                          Daniel S. Blinn